**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN MIANO, | Case No. 2:25-cv-04691-CAS-MAAx |
| Plaintiff, | (Honorable Christina A. Snyder, Crtrm. 8D, First Street Courthouse) |
| vs. |  |
| METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. |  |
|  | Complaint Filed:  May 23, 2025 |

## ORDER

Having considered the Parties' Stipulation for Dismissal of Action with Prejudice following the settlement of this matter, and finding good cause therefore, the Court hereby GRANTS the Stipulation and ORDERS as follows:

The above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 27, 2026

_Christine A. Snyder_

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

- 1 -